# United States District Court
# For The Western District of North Carolina
# Statesville Division

KEITH DOUGLAS ROBINSON,

    Petitioner,

vs.

HERBERT JACKSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV68-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2008, Order.

Signed: August 1, 2008

Frank G. Johns, Clerk
United States District Court